

# Detail by Entity Name

**Florida Limited Liability Company**

TLO, LLC

**Filing Information**

| | |
|---|---|
| Document Number | L09000027434 |
| FEI/EIN Number | 900466398 |
| Date Filed | 03/20/2009 |
| State | FL |
| Status | ACTIVE |

**Principal Address**

4530 CONFERENCE WAY SOUTH
BOCA RATON, FL 33431

**Mailing Address**

4530 CONFERENCE WAY SOUTH
BOCA RATON, FL 33431

**Registered Agent Name & Address**

DUBNER, DEREK A, Esq.
4530 CONFERENCE WAY SOUTH
BOCA RATON, FL 33431

Name Changed: 04/25/2013

Address Changed: 04/13/2010

**Authorized Person(s) Detail**

**Name & Address**

Title MGRM

TECHNOLOGY INVESTORS, INC.
4530 CONFERENCE WAY SOUTH
BOCA RATON, FL 33431

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2011 | 04/20/2011 |



EXHIBIT A

| | |
|---|---|
| 2012 | 04/27/2012 |
| 2013 | 04/25/2013 |

## Document Images

| | |
|---|---|
| 04/25/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/13/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/20/2009 -- Florida Limited Liability | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State