CONFIDENTIAL



# Business Plan



In 1992, Jules Kroll commented that AutoTrack was Lightning in a Bottle. Our very close personal and business relationship with Jules, and the cleverness of his comment caused us to make it our Logo.

Copyright © 2011 TLO, LLC. All rights reserved.

**EXHIBIT**

tabbies®

B

CONFIDENTIAL

## Table of Contents

1. Company
2. Objective of Capital Raise and Investor Opportunity
3. Strategic People and Management
4. Market Opportunity
5. Sustainable Competitive Advantages
6. Strategies for Growth
7. Financial Information and Model
8. Assumptions and Risks

Copyright © 2011 TLO, LLC. All rights reserved.

CONFIDENTIAL

# 1. Company

TLO is a technology company that builds data-fusion technology-driven investigative products and solutions for commercial and public sector markets.

With its 3rd Generation Data-Fusion Repository, TLO offers online, batch and monitoring services to combat Risk, Fraud, Crime, and obtain previously unattainable answers to complex problems in the Risk and Fraud industries. TLO's core product, TLOxp, follows the previous inventions of our founder Hank Asher- AutoTrack written in 1992 and Accurint written in 2001.

TLO's technology and capabilities are the next generation and will replace current products in the marketplace of investigative online systems. Beyond that, they will open new marketplaces never exploited by its predecessors- AutoTrack and Accurint.

For the last three years, our energies have been spent building technologies and supercomputer systems, acquiring massive data repositories, building new Data-Fusion algorithms and establishing an incredible infrastructure to enable growth.

An initial alpha version was launched into the marketplace over a year ago, and a beta version was launched in May 2011. In just this short period, TLOxp has already shown astronomical growth and capabilities -- a decade ahead of any competitive product or solution. Even in Beta stage, the marketplace acceptance has been enormous.

By January 2012, TLO will launch TLOxp out of the Beta phase with a massive Product Introduction Marketing Campaign.

TLO is a privately owned LLC with headquarters in Boca Raton, Florida.

Copyright © 2011 TLO, LLC. All rights reserved.

CONFIDENTIAL

# 2. Objective of Capital Raise and Investor Opportunity

## Objective of Capital Raise

The reason for selling Founder's Stock is to attract a select number of sophisticated investors who can bring acumen; experience and a network of contacts that can help build TLO into a successful company. The combination of TLO's technology and data, in combination with the multi-success track record of the founder and the leadership team, many of whom have worked the founder on his previous inventions, TLO has much greater potential than AutoTrack or Accurint. There is a great need for a team of owners to help chart the uncharted.

TLO has been built on an initial cash investment by the founder of over $150 million. At this time, TLO has no debt and $17.2 million in cash which includes $15 million of newly raised capital. TLO has lines of credit that have never been used.

In this present funding round, TLO is seeking to raise $50 million, of which $15 million has already been raised from stockholders of both of the Founder's previous companies, DBT and Seisint. Another $20 million has been committed verbally. After this funding round there will be 125 million shares at $2 per share, giving the company a post-investment valuation of $250 million.

The capital raised in this round will be used primarily to launch a major marketing campaign and to expand our direct sales force and our product development team.

TLO built out 143,000 sq ft State-of-the-Art facility with cash, opting for speed of build out, quality of construction and long-term optimal lease. TLO has purchased all equipment, computers, fixtures, etc.

## Investor Opportunity

We expect that TLOxp will enable us to achieve steady growth in the same well-established marketplace competing easily against the earlier-generation products invented by our Founder. The real opportunity, though, for explosive growth, will come from some of the new marketplaces that have been untouched by exisitng products.

Our founder has an unblemished track record of success. There has never been a loss when investing in our Founder's previous companies during his leadership. Previous investors who have purchased Founder's Stock have seen returns of 17 times their investment and much more in some cases.

Even at this early stage, TLO is developing specific opportunities, some of which individually could result in a billion dollars of annual revenue. Whether these materialize or not may depend on the quality of the acumen of the investors we can bring in at this time. We seek partners who add their knowledge, experience and mentorship. If we can monetize these opportunities, the valuation of TLO could increase by significant orders of magnitude.

TLO has no intention of selling, but the following points are noteworthy:

- There are several companies interested in buying TLO. Giant data-centric companies realize what TLO's capabilities would mean to their multibillion-dollar revenues.

- TLO will ravage the $700+ million and $350+ EBITDA of Hank's previous inventions. Besides the obvious revenues this will produce for TLO, this provides a premium exit strategy available now.

Copyright © 2011 TLO, LLC. All rights reserved.

CONFIDENTIAL

- **Founder's Previous Companies:**

$184 million and $238 million per year market cap growth respectively after advertising.

### DBT – AutoTrack: The Invention of the Data-Fusion Center

Hank Asher revolutionized the investigative industry when his company, Database Technologies, Inc. (DBT), invented AutoTrack in 1992 by creating an integrated database, fusing together a variety of public data elements on a high-speed technology platform.   Advertising started in June 1993. When Hank Asher left DBT in September of 1997, DBT (traded on the NYSE) had a market cap of $800mm. The yearly growth in market cap after the start of advertising AutoTrack in mid 1993 was $184mm. DBT was acquired by ChoicePoint, Inc. in 2000 and recently sold to Thomson Reuters where is has become the basis for their CLEAR investigative product.

### Seisint – Accurint: The Reinvention of the Data-Fusion Center and 2nd data-fusion company

Hank Asher then went on to create a second-generation data fusion product called Accurint, through his new company named Seisint, Inc.   Accurint was built on a supercomputer technology, advancing the speed and linkage of public record data and ravaged the customer base of DBT. The yearly growth in market-cap after the start of advertising in May 2001 was $238mm.   Seisint was sold to Reed Elsevier PLC in August 2004 for $775mm.

Copyright © 2011 TLO, LLC. All rights reserved.

CONFIDENTIAL

# 3. Strategic People and Management

### Our Founders: Hank Asher, Ole Poulsen and John Walsh

When Hank and Ole design a new technology, method of data-fusion, supercomputer, indexing methodology- they work flawlessly. The new inventions are already compiled in their heads and running before the first line of code is written. Having worked together since 1999, their combined knowledge and experience makes them the quintessential masters of technology and data-fusion invention. They define Arthur C. Clark's quote- *"Any sufficiently advanced technology is indistinguishable from magic."*

John Walsh, host of America's Most Wanted, and Hank have hunted pedophiles together since 1993. They have solved countless and many types of crimes. John stands for Truth, Justice and the American Way and is revered by every investigator on the Planet.

Our founders are uniquely disparate, talented, well-known and best friends. Their goal is to create a planet that is safer for our grandchildren and their grandchildren. And to create generational wealth- Hank says that he is a good steward of money. He researches cancer and protects children. Ole and John share his philosophy. This defines the culture of TLO. Everyone at TLO is proud of the good that we do.

Our founders also believe that it's a matter of National Security to restore our economy and with a broken economy we are at risk for every threat imaginable. Without risk, fraud, threat detection and forecasting- this abysmal economy will remain vulnerable and languish.

### The TLO Tribe: 2nd and 3rd time strategic people with TLO

*"Teams are for awhile- Tribes are forever."*
Philosophy of TLO

TLO consists of many people who have worked together with Hank before; some of them since 2004. There are dozens of scientists, programmers, technologists and operations people back together for the 2nd and 3rd time. They all know the mission of TLO and understand the nuances, challenges and intricacies of creating what has never been created before.

Every member of the TLO Tribe is either someone who has proven him or herself before or has been rigorously tested and interviewed and meets amazing criteria. Every member of the Tribe is an extraordinary individual that is proud to be part of TLO.

The collective knowledge of the 155 employees of TLO surpasses any team Hank has ever put together. The communication and work culture is unparalleled. TLO has technologies, data, infrastructure and a brain trust never before assembled.

Copyright © 2011 TLO, LLC. All rights reserved.

CONFIDENTIAL

## Management

TLO's management consists of leaders in business and law enforcement that have a demonstrated track record of success in building proprietary technology, launching successful businesses, dealing with the largest players in the global financial and commercial markets, and investigating and hunting for the most serious criminals and terrorists in the world.

### Hank Asher: Founder – Father of the data-fusion industry

> *"When enough insignificant data is put together- it becomes significant."*
> Hank Asher

From the 1980's, when Hank taught himself programming and envisioned hundreds of computers working together with a single program, he formed two stand-alone companies that attained a combined capitalization of almost $1.5 billion. First, Database Technologies (DBT) was built from an operation in his garage to a public company traded on the NYSE. Then in 1998, he founded Seisint, a closely held data services provider.    These two data integration/management companies revolutionized the way the public and private sectors locate and investigate individuals and businesses. In addition to creating some extremely successful businesses, he has generously given of his time and talents to help make the country a safer place.  To aid in several specific investigations, for example, he created unique algorithms to employ his technology and data fusion products to identify and locate the suspects in the following cases:

- The Oklahoma Bomber
- 9/11: Two days after, on 9/13 Hank sat down at 8pm and 16 hours later, noon on 9/14, he had programmed into his repository of 450 million people and identified 419 persons of interest.  On this list were known terrorists including Joseph Marwan Al Shehhi, the pilot that hit the second tower after Mohamed Atta.  A task force of virtually every Federal Agency and two AUSA's were manning what they named "Big Data Task Force" at Seisint where they remained for years.
- The Beltway Snipers:  On the evening of October 23rd, 2002 Hank's systems identified John Allen William aka John Allen Mohammad as a person of extreme interest.  At sunrise the next day at an address provided by Asher's systems in Tacoma WA, the stump that John Allen Williams and Lee Boyd Malvo used for target practice was being cut down.  The projectiles matched.  The License Tag number was released to the News and the Snipers were arrested that evening.  24 hours from identification to arrest.

In addition to his endless support of law enforcement, Hank has always been very philanthropic, primarily focused on children and cancer research.  He serves on the board of the National Center for Missing & Exploited Children, and has been its largest supporter, both in terms of cash and the full resources of each of his companies.

He has a separate company focused on the research, development and clinical testing of liquid branchy therapy cancer treatments as well as virus therapies for cancer treatments.

Like many hugely successful entrepreneurs, Hank holds no degrees.

You can read more about Hank on his Wikipedia page at http://en.wikipedia.org/wiki/Hank_Asher.

CONFIDENTIAL

**Ole Poulsen:** Co-Founder – Chief Science Officer

Ole is an expert in large-scale computing software, multi-dimensional database environments, and complex network and communications systems. Along with Hank, Ole is responsible for the in-house developed languages and database approaches that have been used to create the speed and unique power of TLO's supercomputer-based knowledge engine and proprietary algorithms. Prior to TLO, Ole's roles have been:

- Chief Technology Officer of Seisint in 2000.
- Headed R&D as the VP of Technology for Jensen & Partners in London.
- Worked for Borland International in Denmark, where he was born and educated.
- Ole has several patents pending in large-scale computing software and cancer therapies.
- Holds a MSc. Degree in Electronics from the Technical University of Denmark.

**John Walsh:** Co-Founder

John actively supports TLO's marketing efforts by speaking at major conferences, meeting with various industry groups, using his brand image in some of our promotional materials, and visiting with major customers. John is also actively engaged in advertising campaigns and developing video materials for marketing and training initiatives.
- World-renowned host of television's America's Most Wanted, whose groundbreaking television program helped to take down over 1050 dangerous fugitives and rescue over 50 missing children.
- One of the most visible proponents for new legislation to protect our nation's children from predatory crimes.
- John co-founded the National Center for Missing & Exploited Children.

John's accomplishments can be read on his Wikipedia page http://en.wikipedia.org/wiki/John_Walsh.

**Ken Hunter:** Chief Executive Officer

Ken is responsible for TLO's relationships with law enforcement and government agencies across the globe. TLO supports agencies at the federal, state and local level across the US and from over 39 countries plus Interpol, representing investigators, forensic analysts, and prosecutors on a variety of threats and crimes. Ken has had a lifelong career in public service and law enforcement. He serves on the board of the National Center for Missing & Exploited Children. Prior to TLO, Ken was:
- President and CEO of JARI Research Corporation
- President and CEO of the Council of Better Business Bureaus
- Thirty-five year career with the US Postal Service, including tenure as the Associate Postmaster General, Head of the Postal Inspection Service, and Head of the Postal Security Action Group for the UN Postal Union. The USPS and UN Postal Union are responsible, among other things, for the prevention and investigation of crimes involving the mails, including explosives, illegal drugs, child pornography, theft and fraud.
- B.S. in Mathematics, and post-graduate studies including Stanford SEP.

Copyright © 2011 TLO, LLC. All rights reserved.

CONFIDENTIAL

**Steve Racioppo**: Chief Operating Officer

Steve is responsible for building out all aspects associated with the commercial side of TLO's business, including business development, sales, operations and major relationships. Prior to TLO, Steve was:

- Thirty-five years a senior leader at Accenture, the world's largest management consulting, technology and outsourcing firm.
- Senior Managing Director of Accenture's multi-billion dollar annual revenue business in the financial services industry in North America and Asia Pacific.
- Responsible for structuring and negotiating multi-billion dollar deals in more than forty countries.
- Led the creation of several e-commerce startup businesses in the financial services, health and technology industries, then went on to serve as a board member to guide these businesses through early stage development.
- As New Business Models Leader pioneered many of Accenture's most innovative commercial deal shapes.
- Led the Accenture venture capital investment team that made a $56mm early-stage investment in Seisint.
- Cited by Fortune Magazine in 1989 as one of the "Leaders of Tomorrow."
- B.S. in Mathematics and a Masters of Engineering in Management Engineering from Rensselaer Polytechnic Institute.

**Martha Barnett**: Chief Privacy Officer

Martha is responsible for compliance with the vast number of laws that regulate data privacy, and for implementing best practices and safeguards for protecting the tremendous amounts of personal and other sensitive data contained within TLO's knowledge engine. Prior to TLO, Martha was:

- Chair of the Directors Committee for Holland & Knight, an international law firm.
- President of the American Bar Association.
- First woman chair of the American Bar Association's House of Delegates.
- Served on the Florida Commission on Ethics.
- Holds a J.D. from the University of Florida Levin College of Law, and a B.A. Tulane University.

Her resume is contained on her Wikipedia Page at http://en.wikipedia.org/wiki/ Martha_Barnett.

**Dan MacLachlan**: Chief Financial Officer

Dan is responsible for the finance, tax and controllership functions for TLO. Prior to TLO:

- CFO for JARI Research Corporation, which conducted cancer research and clinical testing.
- Special Agent in the FBI. Recruited for his financial expertise, the FBI assigned Dan to focus on the criminal investigation of public corruption and civil rights, including government fraud, election fraud, foreign corrupt practices, hate crimes and human trafficking.
- Finance Director for the Chiropractic & Nutrition Centers of Florida, where he implemented and directed the financial planning and analysis, accounting, tax, budgeting, MIS and administrative functions for this Florida-based health sciences company.
- Holds a B.S. in Business Administration and Finance from Nova Southeastern University, *Magna Cum Laude* as well an MBA with a specialization in Finance from Florida Gulf Coast University.

Copyright © 2011 TLO, LLC. All rights reserved.

CONFIDENTIAL

**Derek Dubner**: General Counsel

Derek is responsible for TLO's legal affairs, including transactional, compliance and corporate governance matters. Prior to TLO:

- Derek has represented Hank in 3 companies during the last 12 years.
- General Counsel for JARI Research Corporation, which conducted cancer research and clinical testing.
- Lead Counsel for a division of Seisint.
- Prior to joining Seisint, Derek served as a prosecutor for the Palm Beach County State Attorney's Office.
- Holds a B.S. in Economics/Finance, *Summa Cum Laude*, from Pennsylvania State University and a J.D. from Florida State University College of Law.

**Bob Butterworth**: Government Relations

Bob assists TLO in developing relations with various state and county government agencies.

- Bob Butterworth was Florida's longest serving Attorney General, and received national recognition for his success in enforcing victim, consumer protection, environmental, civil rights and anti-trust laws.
- He was a former mayor, head of FL DMV, Sheriff of Broward County, Judge, and Law School Dean.

His resume is contained on his Wikipedia Page at http://en.wikipedia.org/wiki/ Robert_Butterworth.

**Mike Moore**: Government Relations

Mike also helps TLO liaise with the public sector, and particularly develop and nurture relationships with the past and present attorneys general across the U.S.
- Mike was the former Attorney General of Mississippi who successfully led the fight against the tobacco industry and led the negotiation of a $246mm settlement for the states, a case dramatized in the film *The Insider*, in which he starred as himself.
- He served as the President of the National Association of Attorneys General, and has been the recipient of numerous professional awards.

His resume is contained on his Wikipedia Page at:
http://en.wikipedia.org/wiki/Mike_Moore_(U.S._politician).

Copyright © 2011 TLO, LLC. All rights reserved.

CONFIDENTIAL

# 4. Market Opportunity

TLO's products and solutions focus on the investigation, research and analysis of people, locations, companies and interrelationships for such purposes as due diligence, risk assessment, fraud detection and protection, identity authentication, safeguarding intellectual property, and new applications that continually emerge.

TLO's new, versatile solutions span countless markets where hundreds of billions of dollars are being lost annually in fraud and theft. We address the great need for due diligence and real time knowledge for every type of financial industry, insurance industry, National Security and general business.

Our products will range from Online Systems, Batch and Activity Monitoring to Proactive Predictive Modeling and will not only supersede all other investigative and research products; they will be priced for this economy.

## The Risk Information Market

### Size and Profitability of the Risk Information Market

Based on a market survey conducted by STAX Inc, a world-renowned consulting and research firm that analyzes markets, growth opportunities and competitive positioning, the total market size for Risk Information is between $6-7 billion *(quote source or show numbers in exhibit)*.

Copyright © 2011 TLO, LLC. All rights reserved.

CONFIDENTIAL

Target Segments of the Risk Information Market

- **Collections**— TLO will provide creditors, collectors, debt buyers, skip tracers, and collection attorneys with the tools to locate and contact debtor consumers and businesses.  We will consistently deliver right-party contacts, current and alternate addresses, bankruptcies, judgments, liens, co-owners, co-debtors, relatives, associates, neighbors, and asset information. We have already developed specific tools to make our powerful insight available in large, factory-like collection agencies.

- **Legal**— TLO is developing tools and systems for attorneys of all specializations.  For litigation we will provide assistance in finding witnesses, analyzing relationships, tracing property, and ascertaining memberships and licenses.  For mergers and acquisitions, we will provide due diligence information to build reports on founders, corporate officers and board members.  Other uses will include investigating corporate relationships for antitrust cases, general research, and investigating new accounts.

- **Banking and Brokerage**— TLO's tools will help authenticate asset and property values, perform due diligence of relationships and property holdings, and facilitate compliance with the very important Know Your Customer (KYC) legislation now required across the financial services industries.

- **Licensed Investigators**— TLO will provide private investigators, specialized fraud examiners and other professionals with the ultimate tools in due diligence as well as analysis of people, places, relationships, affiliations, and business associations.

- **Insurance Special Investigations Unit**— TLO will create insurance industry tools that help identify patterns of fraud and enable insurance companies to be more rigorous in authenticating information related to legitimate claims.

- **Corporate Risk Management and Security**— TLO's tools will be invaluable to traditional corporate security functions such as background verification of employees, officers and board members, crisis and incident management, security of operations, facilities and key employees, loss prevention and investigation, identification of patterns of fraud and insurance and litigation support.

- **Utility Industry**— whether they are government-owned, privately held or publicly-traded, utility companies in this country need the same support in detecting fraud and managing risk as any other company. TLO will provide tools for this industry that can be used to assess and manage risks that threaten our country through our infrastructure systems.

- **Public Sector**— TLO will also build tools for various government agencies in the executive and revenue branches of federal, state, and local government, such as intelligence gathering and national security, law enforcement, education, revenue, health care, employee information, family and social services, transportation, public records, etc.

Copyright © 2011 TLO, LLC. All rights reserved.

CONFIDENTIAL

- **Insurance Underwriting**— through insurance underwriting, insurance companies accumulate billions of dollars by analyzing risk.  For an industry that is moving more and more towards automation and is aggressively profit driven, TLO will create systems to provide information, build indices and create algorithms that will enable insurance underwriters to evaluate risk more thoroughly and minimize losses.

- **Health Care**— TLO tools can be used to verify and authenticate information supplied by employees and patients, build due diligence reports related to suppliers of expensive medical equipment and services, and vet health care providers, suppliers, board members, officers and staff.

- **Investigative Journalism**— TLO will create tools that provide the news media with fast, accurate data within the parameters of existing laws regarding privacy.

## Emerging New Markets and Unique Business Solutions

While the Risk Information Market continues to be attractively large, growing and profitable, the greatest market opportunity for TLO will be in a brand-new range of rapidly emerging markets related to fraud and theft:

- TLO's tools can be used by **Fortune 1000 and Global Fortune 500 companies** to assess and manage risk related to their major customers, suppliers, alliances, partnerships, employees and competitors.  These tools can also be used to verify and authenticate information supplied by employees; build due diligence reports related to new investments; and vet new board members and officers.  A big part of TLO's 143,000 sq ft facility and computer rooms is expected to be used by Fortune 1000 companies.

- Beyond the focus on the large corporations, there is an even greater opportunity in the **smaller business segments.**  TLO's tools will enable companies to understand their counterparties when they are not longstanding publicly owned entities and where the role and integrity of the individual business principals are paramount to the reliability and longevity of the businesses themselves.

- **Pricing debt portfolios** by creating unique insights into which debts are more or less likely to be collectable.  We will be able to locate more debtors, and to identify with precision the most likely to pay.  This will enable debt buyers to pay only for what they believe they can profitably collect. We are already discussing multiple deals with major debt buyers to share in the incremental value of this knowledge.

- The **entertainment industries** are plagued by the enormous theft of their intellectual property. We have the ability to identify individuals who receive these materials unlawfully, and to isolate the original source of the theft.  While some portions of these losses are due to the blatant

Copyright © 2011 TLO, LLC. All rights reserved.

CONFIDENTIAL

disregard for IP protections tolerated by some countries, significant portions are also due to industry insiders misappropriating pre-release versions during the pre-distribution cycle. The industry has lost billions of dollars as a result of this problem; an effective solution is worth some portion of this continuing loss.

- There is a growing amount of **fraud, unreported taxes, otherwise misappropriated assets** and other forms of **white-collar crime**. It is often cited that the spoils of crime range anywhere from $500 billion to one trillion dollars per year in the U.S. alone, less than 1% ever recovered. For example, the United States Government Accountability Office (GAO) estimates that $1 out of every $7 spent on **Medicare** is lost to fraud and abuse; **Medicaid** fraud is even more prevalent. TLO will provide the necessary tools to identify and analyze patterns of fraud, uncover linkages between suspected perpetrators and the various businesses through which they operate, find witnesses and victims and build cases to support attorneys and law enforcement pursue criminal and civil prosecution.

- In the fight against **Medicare/Medicaid fraud**, TLO tools can help authenticate that physicians are licensed and are actually eligible for reimbursement of funds, evaluate if payments and claims made by doctors are reasonable given the size and number of claims according to categories of treatment and location; and confirm that patients are likely to be associated with their claims from a feasibility perspective.

- The **False Claims Act** is designed to reward any person who knows that an individual or company has financially defrauded the federal government, by allowing that whistleblower to file a "Qui Tam" lawsuit to recover damages on the government's behalf. Many of the states have corresponding state laws. The U.S. government alone recovered over $3 billion dollars in 2010 as a result of Qui Tam claims and the "whistleblower" typically receives between 15% and 25% of the total government recovery. TLO has already formed its first joint venture with a specialized law firm to pursue Qui Tam cases, such that TLO can participate in a share of the recoveries.

Copyright © 2011 TLO, LLC. All rights reserved.

CONFIDENTIAL

# 5. Sustainable Competitive Advantages

The two most significant competitors for TLOxp are LexisNexis and its Accurint product, and Thomson Reuters West Law and its Clear product (which has been built on to the AutoTrack product). Both Accurint and AutoTrack were created by Hank Asher.

In 1992, when Hank wrote AutoTrack, he created a new marketplace that had never existed before. Accurint was the reinvention of the Data-Fusion industry and took virtually all of AutoTrack's customers. TLO's core product, TLOxp, is the next generation Data-Fusion and will sunset the previous products.

TLO has invented so many new technologies and has spent years developing Data Repositories that exist nowhere other than other than TLO. The combination of these will constantly make TLO capabilities so far superior, our goal of marketplace supremacy in many markets, we believe to be attainable.

### Data, Technology and Know-How

> "We have no competition, only data we haven't loaded and customers we haven't met."
> Hank Asher-1992 to present

TLO and TLOxp have been built on a new generation of technology and public record data, plus innumerable new sources of information unique to this industry. TLOxp already offers speed, linkage, data breadth, plus new algorithms and proprietary investigative methods that were not available when AutoTrack or Accurint were invented.

TLOxp is so far ahead of Accurint today that it would take most of the market share from Accurint in its current state. The next major beta release of TLOxp is ready and there will be constant and significant rollouts of new data, new capabilities, accuracy and refinement. There will be monumental new capabilities in our first commercial product in January 2012.

Our physical infrastructure and computers are built. Our core team of technologists are in place and with our supercomputer software written, indexes written, file systems written, data-fusion algorithms written (which will always be improved), we have the entire development team for the first time pointed solely at products.

### State-of-the-Art Facility

TLO has a state-of-the-art facility comprised of 143,000 sq ft in a CAT-5 Hurricane protected building in convenient technology park in Boca Raton, Florida. The completely renovated space takes full advantage of the solid core building to provide highly secured, yet attractive and comfortable space of all operations, with adequate capacity to grow the business to meet the demands of this plan.

The embedded computer rooms (total of 26,000sf) have been built to ensure the best available in terms of physical, logical and virtual security of computers, data, operations, and people.

The long-term lease has been secured at below market rates to provide for economy during the start-up years, and long-term flexibility as the business grows.

Copyright © 2011 TLO, LLC. All rights reserved.

CONFIDENTIAL

**Rapid Product Development**

TLO has built a Rapid Product Development environment that simply doesn't exist anywhere else.  We have amassed enormous data repositories, invented massive amounts of new technologies, built and are running eight supercomputers and computer rooms and have created introductory products. These products, even in their infancy, have capabilities never seen before.

TLO plans to constantly exploit these capabilities and continually intrigue, please, and satisfy our customers' needs. Unlike our competitors, we are able to develop and add new solutions and product features quickly and will continue to introduce new features constantly.

*"In 2012, there will be no product left that will even be able to see our dust."*
Hank Asher

Copyright © 2011 TLO, LLC. All rights reserved.

CONFIDENTIAL

# 6. Strategies for Growth

## Product Development

TLOxp's Alpha version was developed in 2010 and entered the Beta phase in May 2011. In the marketplace for over a year now, it demonstrates astronomical growth and capabilities a decade ahead of any competitive product or solution. Even in Beta stage, the marketplace acceptance is enormous.  To date, there have been no major marketing efforts; the following numbers reflect the usage increase based on viral sales through word-of-mouth-referrals:

Usage growth from the beginning of the year 2011 through September 30th 2011:

| Law Enforcement Investigators | | Private Sector | |
|---|---|---|---|
| Searches: | 438% Increase | Searches: | 15,262% Increase |
| Reports*: | 529% Increase | Reports*: | 29,517% Increase |

*Reports generate substantially more income per event than searches as well as indicate users are becoming more aware of how to operate TLOxp.

In TLO's development environment, there are numerous projects already up and running, changing the definition of investigative research.  Adding these projects to the already running Beta product will not only leads to "one-stop investigative researching", but will revolutionize the entire industry and open new markets.

TLO has already built a larger data repository than any existing systems in the marketplace. A big part of that data is new and fresh- never before incorporated into such a system, adding dimension and knowledge.

When we combine technologies that we invent, they do not add value.  They multiply capability.

With data-fusion, when we add a new data repository it doesn't add value.  It multiplies what we already have.

We are able today to manufacture data repositories through data-fusion that are extremely accurate and invaluable: Ergo the embryo of the first Knowledge Engine.

We have products today that have capabilities never dreamed of.  There will, as there have been, major new releases nearly every two weeks.   The next improved release is ready, and in January 2012, we will be proud to blitzkrieg the market with a massive Product Launch marketing campaign, and finally move out of our beta phase.  This will dwarf all preceding products in capability, depth and accuracy.  Already we release new versions every couple weeks and there is an enormous "WOW" factor.  By January, there will be "Shock" and "Awe" and the world will see the future.  And there will be constant new advancements.

Copyright © 2011 TLO, LLC. All rights reserved.

CONFIDENTIAL

**Best Product at the Lowest Price**

TLO's pricing philosophy is to offer the best products at the best prices.  In 2001, when Hank launched Accurint, he took virtually every customer from its predecessor AutoTrack.  This is TLO's mission today. We want every customer back and we are inventing new products for new marketplaces.

**World-Class Customer Service Capability**

- **E-Learning Videos**— TLO has built E-Learning video modules for every major function of TLOxp, which can be easily referenced by a user as they navigate new or unfamiliar features.

- **Customized Online Training**—we offer free, fully customized seminar-style Online Training Sessions to any user or user group who are interested in expanding their understanding of TLOxp. This builds customer satisfaction, usage volume and brand loyalty.

- **Personalized and Knowledgeable Support**— we answer almost every single phone call with a real employee rather than pre-recorded messages.  These employees all have familiarity with the product, and most have detailed Product Knowledge.  Every TLO employee is fully trained and expected to use and understand all new features of TLOxp. Our customer support team is available by phone, chat and email 24/7.

- **User Suggestions**— we respond to every suggestion from a User: as an opportunity to provide training, to improve our product, to expand our data acquisition or simply to build our reputation as "Responsive and User Friendly."  Our Rapid Product Development environment allows us to improve the products within short periods after we receive feedback, so that our users can see improvements and suggestions in the product quickly.

- **Efficient Credentialing**— We have created a Credentialing process that is highly automated, and often includes almost immediate follow-ups to the initial Expressions of Interest to demonstrate our ease of use and our Customer Service mindset

**Marketing and Sales**

In addition to strategic relationships we have for the distribution of our products and solutions into enormous marketplaces, marketing and sales efforts for our core products will begin with the next release of TLOxp.   And will constantly be intensified.

**Marketing and Advertising**

In January 2012, when TLO presents a polished commercial product, we will launch a marketing blitzkrieg.  We will send millions of 11" x 7" post cards, do trade shows, industry specific online and print ads as well as employ outbound sales calls.  We anticipate signing up over 1,000 new companies a day by January.

---

Copyright © 2011 TLO, LLC. All rights reserved.

CONFIDENTIAL

Our aggressive multi-dimensional marketing strategy will incorporate the following elements:

- **Web Marketing**, including Website pages for Key Industries, Email and Banner Advertising
- **Direct Marketing**, targeting professional associations and privacy groups, trade groups and professional affinity groups
- **Mailers** with industry-specific marketing materials and key messages
- **Advertising** in industry specific print media
- Demonstration booths at **Conferences and Tradeshows**
- Presentations at **Key Tradeshows**
- **Strategic Marketing Alliances** with Key Industry Leaders and Providers

While we are ready for a multi-dimensional marketing rollout, we also know that word of mouth has always been the most successful way for us to attract new customers. Investigators Investigate. They will find the best investigative systems. Every time we sign up one customer, that customer sells four more- very viral sales.

<u>Sales</u>

- **Outbound Sales Team—** TLO has industry-knowledgeable sales teams who make outbound sales calls to offer TLO's value propositions, use cases, comparative benefits vis-à-vis the competition and offers to trial and train prospective users.

- **Road Teams—** we have a small number of teams, comprised of several skills, which make calls on our biggest customers and most important prospects. These teams include Relationship Leaders, Industry Subject Matter Experts and On-site Trainers.

- **Strategic Sales Distribution Relationships—** for our highest priority markets, we have already formed relationships with several market leaders in each industry, and are nurturing and advancing the development of additional relationships. In some cases we have formed joint venture companies, joint venture like development/sales contracts and revenue-sharing arrangements.

- **Strategic Marketing Alliances with Key Industry Leaders and Providers** will increase our sales by integrating or by enabling the integration of our products with the products of others. For example, in the Collections industry, there are certain firms that offer standard interfaces that can facilitate the connection of data and tool providers to phone dialing systems and individual collection agencies. We are working with integrators such as this to make the connection to TLOxp easier for collection agencies.

- **Linkage to Industry Tools** (e.g. industry-specific case management tools) — TLOxp is an investigative system and is often used by investigators who also use case management systems to capture and organize their work products. By integrating with some of the more popular case management systems will represent an additional facilitator to TLO sales opportunities.

**<u>Strategic Relationships</u>**

---

Copyright © 2011 TLO, LLC. All rights reserved.

CONFIDENTIAL

TLO has a number of negotiations well underway to create strategic relationships with a select number of major companies in various industries to incorporate TLOxp into their products and solutions to bring a whole new range of powerful solutions to significant business problems.

For example:

### A.  Strategic Relationships

TLO is currently in negotiations with two companies who are fierce competitors.  TLO has developed demonstrable systems for these companies that will propel their revenues significantly.   Both companies have revenues in excess of $20 billion, and have indicated a willingness to invest hundreds of millions of dollars into a strategic relationship with TLO, because the synergies from our collaboration can double their revenues.

### B.  Strategic Relationships

TLO is finalizing JV Contract with largest Government Collections Law Firm in Country, which has 46 offices, 1,300 employees and is in 2,200 counties, every State government and many Federal branches of government. Our relationship with this firm dates back to 1992; we share a common culture and commitment to high quality customer service and relationships.   TLO has written software that determines certain types of Tax Fraud through Computer Algorithms with 99%+ accuracy.  This JV is designed to address many different types of Tax Fraud as well as Medicaid and Medicare Fraud.  Again we feel that TLO can process what no one else can.  There are hundreds of billions in Fraud to go after and we feel this 50/50 JV to have tremendous revenue opportunities.

In fact, this single opportunity is so attractive, that we have been approached by an investment group that is willing invest up to build a massive computer system, that would expand our current infrastructure to focus exclusively on the needs of this significant market.  They hope to share in some of the resulting revenue.

### C.  Strategic Relationships

TLO is in negotiations with several Financial Services groups that range from Multibillion dollar revenue companies to smaller companies with unique data and abilities.  These are in the forms of JV's, exclusive access to data, to TLO buying data assets and having data very exclusive to marketplaces that we serve.

Copyright © 2011 TLO, LLC. All rights reserved.

CONFIDENTIAL

# 7. Financial Information and Model

**TLOxp**

TLO anticipates having a couple of million users of its TLOxp online, batch and monitoring systems. We feel confident in $50mm in revenues 2012 and several times that in 2013.

**JV's, Longterm Contract Data-Fusion Projects**

TLO may start receiving revenues from contracts that we expect to start Q1 that would instantly turn TLO cash flow positive and profitable.

# 8. Assumptions and Risks

The Private Securities Litigation Reform Act of 1995, or the Reform Act, provides a safe harbor for forward-looking statements made by or on behalf of TLO.  TLO and its representatives may, from time to time, make written or verbal forward-looking statements, including statements contained herein. Generally, the inclusion of the words "believe," "expect," "intend," "estimate," "anticipate," "will," and similar expressions identify statements that constitute "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934 and that are intended to come within the safe harbor protection provided by those sections. All statements addressing operating performance, events, or developments that we expect or anticipate will occur in the future, including statements relating to sales growth, earnings or earnings per share growth, and market share, as well as statements expressing optimism or pessimism about future operating results, are forward-looking statements within the meaning of the Reform Act.

The forward-looking statements set forth herein are and will be based upon management's then-current views and assumptions regarding future events and operating performance, and are applicable only as of the dates of such statements. Neither we nor TLO undertake any obligation to update or revise any forward-looking statements, whether as a result of new information, future events, or otherwise.

By their nature, all forward-looking statements involve risks and uncertainties. Actual results, including revenues, expenses, gross margins, cash flows, financial condition, and net income, as well as factors such as competitive position, the demand for TLO's products and services, customer base and the liquidity and needs of TLO customers, may differ materially from those contemplated by the forward-looking statements or those currently being experienced by TLO for a number of reasons.  In addition, additional risks and uncertainties not presently known to TLO or that TLO currently believes to be immaterial also may adversely impact TLO. Should any risks and uncertainties develop into actual events, these developments could have material adverse effects on TLO's business, financial condition, and results of operations. For these reasons, you are cautioned not to place undue reliance on TLO's forward-looking statements.