**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

TLO, LLC,                                                Case No. 13-20853-BKC-PGH

    Debtor.                                  Chapter 11
_____/

JAY BERNSTEIN, GENE BERNSTEIN,
PETER RIPP, BARBARA RIPP, BRIAN
BACHMAN, HUNTER CREEK, LLC,
and JHBTLO, LLC,

    Plaintiffs,

v.                                                  Adv. Pro. 14-01149-PGH

TECHNOLOGY INVESTORS, INC.

    Defendant.
_____/

## AMENDED CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the *Order Directing Parties to Judicial Settlement Conference and Resetting Pretrial Conference and Related Pretrial Deadlines* [ECF No. 52] was served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties registered to receive Notice of Electronic Filing in this adversary proceeding as indicated in the attached service list on the 8th day of May, 2014.

Dated: December 10, 2014          Respectfully submitted,
                                       KOZYAK TROPIN & THROCKMORTON, P.A.
                                       2525 Ponce de Leon Blvd., 9th Floor
                                       Miami, Florida 33134
                                       Tel.:    (305) 372-1800
                                       Fax:   (305) 372-3508
                                       E-mail: clc@kttlaw.com

                                       By: /s/ Corali Lopez-Castro
                                                Corali Lopez-Castro
                                                Florida Bar No. 863830

## SERVICE LIST
Adv. Pro. 14-01149-PGH

**Craig Eller, Esq.**
Broad and Cassel
One North Clematis Street, Suite 500
West Palm Beach, FL 33401
561-366-5373
561-650-1153 (fax)
celler@broadandcassel.com
*Counsel for BJ4M&M, LLC*

**Paul Steven Singerman, Esq.**
**Etan Mark, Esq.**
Berger Singerman LLP
1450 Brickell Ave # 1900
Miami, FL 33131
305-755-9500
305-714-4340 (fax)
singerman@bergersingerman.com
emark@bergersingerman.com
*Co-Counsel for Technology Investors, Inc.*

**Scott A. Underwood, Esq.**
Buchanan Ingersoll & Rooney PC
501 E Kennedy Blvd #1700
Tampa, FL 33602
813.228.7411
813.229.8313 (fax)
scott.underwood@bipc.com
*Co-Counsel for Technology Investors, Inc.*

**Jason S. Rigoli, Esq.**
Furr and Cohen, P.A.
2255 Glades Road, Suite 337W
Boca Raton, FL 33431
561.395.0500
561.338.7532 (fax)
jrigoli@furrcohen.com
*Counsel for TLFO, LLC*