

**ORDERED in the Southern District of Florida on December 17, 2014.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

TLFO, LLC,                                                      Case No. 13-20853-BKC-PGH
            Debtor.                                             Chapter 11
_____/
JAY BERNSTEIN, GENE BERNSTEIN,
PETER RIPP, BARBARA RIPP, BRIAN
BACHMAN, HUNTER CREEK, LLC,
JHBTLO, LLC and BJ4M&M, LLC,

            Plaintiffs/Counterdefendants,

v.                                                              Adv. Pro. 14-01149-PGH

TECHNOLOGY INVESTORS, INC.

            Defendant/Counterplaintiff.
_____/

**ORDER RESETTING PRETRIAL
<u>CONFERENCE AND ALL RELATED PRETRIAL DEADLINES</u>**

On December 16, 2014 at 9:30 a.m., this Court held a pretrial conference in the above captioned adversary proceeding. As announced on the record, the pretrial conference in this proceeding is rescheduled. Therefore, it is -

**ORDERED** as follows:

1. The pretrial conference of this adversary proceeding is rescheduled for **June 10, 2015 at 9:30 a.m**. The pretrial conference will be conducted at the U.S. Bankruptcy Court, 1515 North Flagler Drive, Room 801, Courtroom A, West Palm Beach, Florida  33401.

2. All pretrial deadlines established by orders in this adversary proceeding shall be extended accordingly.

###

Submitted by:

David A. Samole, Esq.
Kozyak Tropin & Throckmorton
2525 Ponce De Leon, 9th Floor
Miami, Florida 33134
(305) 372-1800 (Telephone)
(305) 372-3508 (Facsimile)
Email: das@kttlaw.com

David A. Samole, Esq. is directed to serve a copy of this Order on all interested parties and to file a certificate of service in the adversary proceeding.