**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

TLO, LLC,  Case No. 13-20853-BKC-PGH

    Debtor.  Chapter 11
_____/

JAY BERNSTEIN, GENE BERNSTEIN,
PETER RIPP, BARBARA RIPP, BRIAN
BACHMAN, HUNTER CREEK, LLC,
and JHBTLO, LLC,

    Plaintiffs/Counterdefendants,
v.  Adv. Pro. 14-01149-PGH

TECHNOLOGY INVESTORS, INC.

    Defendant/Counterplaintiff.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Order Resetting Conference and All Related Pretrial Deadlines (ECF #85)* was served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties registered to receive Notices of Electronic Filing in this adversary proceeding as indicated in the attached service list this 18th day of December, 2014.

    Respectfully submitted,

    **KOZYAK TROPIN & THROCKMORTON LLP**
    *Counsel for Plaintiffs/Counterdefendants*
    2525 Ponce de Leon Blvd., 9th Floor
    Miami, FL 33134
    Tel.: (305) 372-1800
    Fax: (305) 372-3508
    Email: das@@kttlaw.com

    By: /s/ David A. Samole
        David A. Samole
        Florida Bar No. 582761

**SERVICE LIST**
Adv. Pro. 14-01149-PGH

| | |
|---|---|
| **Craig Eller, Esq.**<br>Broad and Cassel<br>One North Clematis Street, Suite 500<br>West Palm Beach, FL 33401<br>561-366-5373<br>561-650-1153 (fax)<br>celler@broadandcassel.com<br>*Counsel for BJ4M&M, LLC* | **Paul Steven Singerman, Esq.**<br>**Etan Mark, Esq.**<br>Berger Singerman LLP<br>1450 Brickell Ave # 1900<br>Miami, FL 33131<br>305-755-9500<br>305-714-4340 (fax)<br>singerman@bergersingerman.com<br>emark@bergersingerman.com<br>*Co-Counsel for Technology Investors, Inc.* |
| **Scott A. Underwood, Esq.**<br>Buchanan Ingersoll & Rooney PC<br>501 E Kennedy Blvd #1700<br>Tampa, FL 33602<br>813.228.7411<br>813.229.8313 (fax)<br>scott.underwood@bipc.com<br>*Co-Counsel for Technology Investors, Inc.* | **Jason S. Rigoli, Esq.**<br>Furr and Cohen, P.A.<br>2255 Glades Road, Suite 337W<br>Boca Raton, FL 33431<br>561.395.0500<br>561.338.7532 (fax)<br>jrigoli@furrcohen.com<br>*Counsel for TLFO, LLC* |

#359298