```
                           United States Bankruptcy Court
                           Southern District of Florida
Bernstein,
        Plaintiff                                          Adv. Proc. No. 14-01149-PGH

Technology Investors, Inc.,
        Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 113C-9          User: adaml              Page 1 of 2              Date Rcvd: Dec 18, 2014
                              Form ID: pdf004          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Dec 19 2014 00:11:21      Office of the US Trustee,
                51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2014 at the address(es) listed below:
              C Craig Eller, Esq    on behalf of Plaintiff    BJ4M&M, LLC celler@broadandcassel.com
              C Craig Eller, Esq    on behalf of Counter-Defendant    BJ4M&M, LLC celler@broadandcassel.com
              Corali  Lopez-Castro, Esq    on behalf of Counter-Defendant Brian  Bachman clc@kttlaw.com,
               rcp@kttlaw.com
              Corali  Lopez-Castro, Esq    on behalf of Counter-Defendant Jay  Bernstein clc@kttlaw.com,
               rcp@kttlaw.com
              Corali  Lopez-Castro, Esq    on behalf of Counter-Defendant   Hunter Creek, LLC clc@kttlaw.com,
               rcp@kttlaw.com
              Corali  Lopez-Castro, Esq    on behalf of Plaintiff    JHBTLO, LLC clc@kttlaw.com,   rcp@kttlaw.com
              Corali  Lopez-Castro, Esq    on behalf of Plaintiff Gene  Bernstein clc@kttlaw.com,   rcp@kttlaw.com
              Corali  Lopez-Castro, Esq    on behalf of Plaintiff Barbara  Ripp clc@kttlaw.com,   rcp@kttlaw.com
              Corali  Lopez-Castro, Esq    on behalf of Counter-Defendant Peter  Ripp clc@kttlaw.com,
               rcp@kttlaw.com
              Corali  Lopez-Castro, Esq    on behalf of Counter-Defendant    JHBTLO, LLC clc@kttlaw.com,
               rcp@kttlaw.com
              Corali  Lopez-Castro, Esq    on behalf of Counter-Defendant    BJ4M&M, LLC clc@kttlaw.com,
               rcp@kttlaw.com
              Corali  Lopez-Castro, Esq    on behalf of Plaintiff Jay  Bernstein clc@kttlaw.com,   rcp@kttlaw.com
              Corali  Lopez-Castro, Esq    on behalf of Plaintiff    Hunter Creek, LLC clc@kttlaw.com,
               rcp@kttlaw.com
              Corali  Lopez-Castro, Esq    on behalf of Plaintiff Brian  Bachman clc@kttlaw.com,   rcp@kttlaw.com
              Corali  Lopez-Castro, Esq    on behalf of Plaintiff Peter  Ripp clc@kttlaw.com,   rcp@kttlaw.com
              Corali  Lopez-Castro, Esq    on behalf of Counter-Defendant Gene  Bernstein clc@kttlaw.com,
               rcp@kttlaw.com
              Corali  Lopez-Castro, Esq    on behalf of Counter-Defendant Barbara  Ripp clc@kttlaw.com,
               rcp@kttlaw.com
              David  Samole, Esq    on behalf of Plaintiff Peter  Ripp das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David  Samole, Esq    on behalf of Counter-Defendant Barbara  Ripp das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David  Samole, Esq    on behalf of Plaintiff    JHBTLO, LLC das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David  Samole, Esq    on behalf of Plaintiff Jay  Bernstein das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David  Samole, Esq    on behalf of Counter-Defendant Brian  Bachman das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David  Samole, Esq    on behalf of Plaintiff Brian  Bachman das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David  Samole, Esq    on behalf of Counter-Defendant    Hunter Creek, LLC das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com

```
District/off: 113C-9          User: adaml              Page 2 of 2              Date Rcvd: Dec 18, 2014
                              Form ID: pdf004          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    David  Samole, Esq   on behalf of Counter-Defendant    JHBTLO, LLC das@kttlaw.com,
     mc@kttlaw.com;ycc@kttlaw.com
    David  Samole, Esq   on behalf of Plaintiff    Hunter Creek, LLC das@kttlaw.com,
     mc@kttlaw.com;ycc@kttlaw.com
    David  Samole, Esq   on behalf of Plaintiff Barbara  Ripp das@kttlaw.com,
     mc@kttlaw.com;ycc@kttlaw.com
    David  Samole, Esq   on behalf of Counter-Defendant Gene  Bernstein das@kttlaw.com,
     mc@kttlaw.com;ycc@kttlaw.com
    David  Samole, Esq   on behalf of Plaintiff    BJ4M&M, LLC das@kttlaw.com,
     mc@kttlaw.com;ycc@kttlaw.com
    David  Samole, Esq   on behalf of Counter-Defendant Peter  Ripp das@kttlaw.com,
     mc@kttlaw.com;ycc@kttlaw.com
    David  Samole, Esq   on behalf of Plaintiff Gene  Bernstein das@kttlaw.com,
     mc@kttlaw.com;ycc@kttlaw.com
    David  Samole, Esq   on behalf of Counter-Defendant Jay  Bernstein das@kttlaw.com,
     mc@kttlaw.com;ycc@kttlaw.com
    Etan  Mark    on behalf of Defendant    Technology Investors, Inc. emark@bergersingerman.com,
     lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com
    Etan  Mark    on behalf of Counter-Claimant    Technology Investors, Inc. emark@bergersingerman.com,
     lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com
    Jason S Rigoli, Esq.    on behalf of Interested Party    TLFO, LLC jrigoli@furrcohen.com,
     ndixon@furrcohen.com;atty_furrcohen@bluestylus.com
    Paul Steven Singerman, Esq    on behalf of Defendant    Technology Investors, Inc.
     singerman@bergersingerman.com,
     mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
    Scott A. Underwood, Esq.    on behalf of Defendant    Technology Investors, Inc.
     scott.underwood@bipc.com,  denise.strand@bipc.com
    Vincent F Alexander    on behalf of Plaintiff    JHBTLO, LLC vfa@kttlaw.com,  lf@kttlaw.com
    Vincent F Alexander    on behalf of Plaintiff Barbara  Ripp vfa@kttlaw.com,  lf@kttlaw.com
    Vincent F Alexander    on behalf of Plaintiff Gene  Bernstein vfa@kttlaw.com,  lf@kttlaw.com
    Vincent F Alexander    on behalf of Plaintiff    Hunter Creek, LLC vfa@kttlaw.com,  lf@kttlaw.com
    Vincent F Alexander    on behalf of Plaintiff Brian  Bachman vfa@kttlaw.com,  lf@kttlaw.com
    Vincent F Alexander    on behalf of Plaintiff Peter  Ripp vfa@kttlaw.com,  lf@kttlaw.com
    Vincent F Alexander    on behalf of Plaintiff Jay  Bernstein vfa@kttlaw.com,  lf@kttlaw.com

                                             TOTAL: 44



**ORDERED in the Southern District of Florida on December 17, 2014.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

TLFO, LLC,                                    Case No. 13-20853-BKC-PGH
              Debtor.             Chapter 11
_____/
JAY BERNSTEIN, GENE BERNSTEIN,
PETER RIPP, BARBARA RIPP, BRIAN
BACHMAN, HUNTER CREEK, LLC,
JHBTLO, LLC and BJ4M&M, LLC,

              Plaintiffs/Counterdefendants,

v.                                            Adv. Pro. 14-01149-PGH

TECHNOLOGY INVESTORS, INC.

              Defendant/Counterplaintiff.
_____/

### ORDER RESETTING PRETRIAL
### CONFERENCE AND ALL RELATED PRETRIAL DEADLINES

On December 16, 2014 at 9:30 a.m., this Court held a pretrial conference in the above captioned adversary proceeding. As announced on the record, the pretrial conference in this proceeding is rescheduled.  Therefore, it is -

**ORDERED** as follows:

1. The pretrial conference of this adversary proceeding is rescheduled for **June 10, 2015 at 9:30 a.m**. The pretrial conference will be conducted at the U.S. Bankruptcy Court, 1515 North Flagler Drive, Room 801, Courtroom A, West Palm Beach, Florida  33401.

2. All pretrial deadlines established by orders in this adversary proceeding shall be extended accordingly.

###

Submitted by:

David A. Samole, Esq.
Kozyak Tropin & Throckmorton
2525 Ponce De Leon, 9th Floor
Miami, Florida 33134
(305) 372-1800 (Telephone)
(305) 372-3508 (Facsimile)
Email: das@kttlaw.com

David A. Samole, Esq. is directed to serve a copy of this Order on all interested parties and to file a certificate of service in the adversary proceeding.