

**ORDERED in the Southern District of Florida on March 17, 2015.**

Paul G. Hyman, Jr.
Chief United States Bankruptcy Judge

---

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

TLFO, LLC,

        Debtor.

Case No. 13-20853-BKC-PGH
Chapter 11

_____/

JAY BERNSTEIN, GENE BERNSTEIN,
PETER RIPP, BARBARA RIPP, BRIAN
BACHMAN, HUNTER CREEK, LLC,
JHBTLO, LLC and BJ4M&M, LLC,

        Plaintiffs/Counterdefendants,

v.

Adv. Pro. 14-01149-PGH

TECHNOLOGY INVESTORS, INC.

        Defendant/Counterplaintiff.

_____/

## AMENDED
## ORDER RESETTING PRETRIAL
## CONFERENCE AND ALL RELATED PRETRIAL DEADLINES

**\*\*\*amended to reflect correct date of hearing\*\*\***

On December 16, 2014 at 9:30 a.m., this Court held a pretrial conference in the above captioned adversary proceeding. As announced on the record, the pretrial conference in this proceeding is rescheduled. Therefore, it is -

**ORDERED** as follows:

1. The pretrial conference of this adversary proceeding is rescheduled for **June 3, 2015 at 9:30 a.m.** The pretrial conference will be conducted at the U.S. Bankruptcy Court, 1515 North Flagler Drive, Room 801, Courtroom A, West Palm Beach, Florida 33401.

2. All pretrial deadlines established by orders in this adversary proceeding shall be extended accordingly.

###

Submitted by:

David A. Samole, Esq.
Kozyak Tropin & Throckmorton
2525 Ponce De Leon, 9th Floor
Miami, Florida 33134
(305) 372-1800 (Telephone)
(305) 372-3508 (Facsimile)
Email: das@kttlaw.com

David A. Samole, Esq. is directed to serve a copy of this Order on all interested parties and to file a certificate of service in the adversary proceeding.