**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

TLO, LLC,                                                                Case No. 13-20853-BKC-PGH

    Debtor.                                                        Chapter 11
_____/

JAY BERNSTEIN, GENE BERNSTEIN,
PETER RIPP, BARBARA RIPP, BRIAN
BACHMAN, HUNTER CREEK, LLC,
and JHBTLO, LLC,

    Plaintiffs/Counterdefendants,
v.                                                                              Adv. Pro. 14-01149-PGH

TECHNOLOGY INVESTORS, INC.

    Defendant/Counterplaintiff.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Amended Order Resetting Pretrial Conference and All Related Pretrial Deadlines (ECF #88)* was served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties registered to receive Notices of Electronic Filing in this adversary proceeding as indicated in the attached service list this 17th day of March, 2015.

    Respectfully submitted,

    **KOZYAK TROPIN & THROCKMORTON LLP**
    *Counsel for Plaintiffs/Counterdefendants*
    2525 Ponce de Leon Blvd., 9th Floor
    Miami, FL 33134
    Tel.: (305) 372-1800
    Fax: (305) 372-3508
    Email: das@@kttlaw.com

    By: /s/ David A. Samole
        David A. Samole
        Florida Bar No. 582761

## SERVICE LIST
Adv. Pro. 14-01149-PGH

**Craig Eller, Esq.**
Broad and Cassel
One North Clematis Street, Suite 500
West Palm Beach, FL 33401
561-366-5373
561-650-1153 (fax)
celler@broadandcassel.com
*Counsel for BJ4M&M, LLC*

**Paul Steven Singerman, Esq.**
**Etan Mark, Esq.**
Berger Singerman LLP
1450 Brickell Ave # 1900
Miami, FL 33131
305-755-9500
305-714-4340 (fax)
singerman@bergersingerman.com
emark@bergersingerman.com
*Co-Counsel for Technology Investors, Inc.*

**Scott A. Underwood, Esq.**
Buchanan Ingersoll & Rooney PC
501 E Kennedy Blvd #1700
Tampa, FL 33602
813.228.7411
813.229.8313 (fax)
scott.underwood@bipc.com
*Co-Counsel for Technology Investors, Inc.*

**Jason S. Rigoli, Esq.**
Furr and Cohen, P.A.
2255 Glades Road, Suite 337W
Boca Raton, FL 33431
561.395.0500
561.338.7532 (fax)
jrigoli@furrcohen.com
*Counsel for TLFO, LLC*

#359298